**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACK GUTTMAN, Derivatively on Behalf of Nominal Defendant AUTODESK, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN BLASING, REID FRENCH, AYANNA HOWARD, BLAKE IRVING, MARY MCDOWELL, STEPHEN D. MILLIGAN, LORRIE M. NORRINGTON, ELIZABETH RAFAEL, RAMI RAHIM, and STACY J. SMITH,<br><br>Defendants,<br><br>AUTODESK, INC.,<br><br>Nominal Defendant. | Case No. 1:25-cv-00189-RGA<br><br>Hon. Richard G. Andrews |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jack Guttman ("Plaintiff"), through his designated counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in this action. Each party to bear his or its own costs.

Dated: April 4, 2025

*/s/ Ryan M. Ernst*
**BIELLI & KLAUDER, LLC**
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

*Attorneys for Plaintiffs*

OF COUNSEL:

**LIFSHITZ LAW PLLC**
Joshua M. Lifshitz
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

IT IS SO ORDERED this 7 day of April, 2025.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE